

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00214-CV

BILLY WAYNE GREEN                                                    APPELLANT

V.

STEPHANIE GAINES                                                        APPELLEE

----------

### FROM 431ST DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. 15-03993-431

----------

## MEMORANDUM OPINION[1]

----------

On July 7, 2015, Appellant Billy Wayne Green filed a notice of appeal of

the trial court's June 9, 2015 protective order.  After Appellant filed his brief, we

notified him that his brief did not comply with rule of appellate procedure 38.1(a),

(c), (d), (g), (h), (i), and (k); rule of appellate procedure 9.4(i); rule of appellate

procedure 9.9; and local rule 7.  *See* Tex. R. App. P. 9.4(i), 9.9, 38.1(a), (c), (d),

---

[1]*See* Tex. R. App. P. 47.4.

(g), (h), (i), (k); 2nd Tex. App. (Fort Worth) Loc. R. 7. We informed Appellant that unless he filed an amended brief that complied with the above rules by November 5, 2015, we could strike his brief, waive his noncomplying points, or dismiss the appeal. *See* Tex. R. App. P. 9, 38; 2nd Tex. App. (Fort Worth) Loc. R. 1, 7; *see also* Tex. R. App. P. 42.3.

Instead of filing an amended brief, on November 9, 2015, Appellant filed a response to our letter suggesting how this court should construe his original brief. Appellant's response does not bring his brief into conformity with the requirements of the rules of appellate procedure. Therefore, we strike his brief and dismiss the appeal. *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3, 43.2(f).

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; DAUPHINOT and SUDDERTH, JJ.

DELIVERED: December 23, 2015

2